

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00618-CV

Denise **CORKILL**,
Appellant

v.

Diane **GUEVARA** and Alyssa Guevara,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-17-140
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by December 13, 2018. Neither the brief nor a motion for extension of time has been filed. Appellant is therefore ORDERED to file, within fifteen (15) days of the date of this order, her brief and a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2018.

_KEITH E. HOTTLE_,
Clerk of Court